ORDER
PER CURIAM:

Note: Pursuant to U.S. VetApp. R. 30(a), this action may not be cited as precedent.

In an April 19, 2001, order, the Court vacated an April 1, 1999, decision of the Board of Veterans’ Appeals and remanded the matter for readjudication in light of the enactment of the Veterans Claims Assistance Act of 2000, Pub.L. No. 106-475, 114 Stat.2096 (Nov. 9, 2000). On May 10, 2001, the appellant, through counsel, filed a motion for reconsideration or, in the alternative, for a panel decision. By order dated September 6, 2001, the single judge denied reconsideration and a divided panel denied his request for a panel decision. On September 20, 2001, the appellant filed a motion for a full Court decision.
Motions for a full Court decision are not favored. Ordinarily they will not be granted unless such action is necessary to secure or maintain uniformity of the Court’s decisions or to resolve a question of exceptional importance. In this appeal, the appellant has not shown that either basis exists to warrant a full Court decision.
Upon consideration of the foregoing, the record on appeal, and the appellant’s motion for a full Court decision, it is
ORDERED that the motion for a full Court decision is denied.